FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 12 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　vs.

Nguyen Tan Khao

　　　　　　　Defendant.

Case No.: CR 05-0337-DSF
CR 05-0388-DSF

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown; bail resources unknown; substance abuse history; history of non-compliance w/supervision conditions which evidences_

1    _a lack of amenability to supervision_

2    _____

3    and/or

4  B.  (X) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7    finding is based on _criminal history record;_

8    _substance abuse history; ~~apparent~~ alleged_

9    _commission of new crimes while_

10   _under supervision_

11   _____

12

13   IT THEREFORE IS ORDERED that the defendant be detained pending further

14   revocation proceedings.

15

16   DATED: _1/12/09_

17                         ROBERT N. BLOCK
                          UNITED STATES MAGISTRATE JUDGE

Page 2 of 2